# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3404

_____

United States of America,             \*

                                    \*

         Appellee,          \*

                                    \*    Appeal from the United States

    v.                        \*    District Court for the Southern

                                    \*    District of Iowa.

Kareem E. Ramos, also known as    \*

Kareem R. Ramos,             \*    [UNPUBLISHED]

                                    \*

         Appellant.         \*

_____

Submitted: May 31, 2012
Filed: June 5, 2012

_____

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Kareem Ramos directly appeals the below-Guidelines-range sentence the district court[1] imposed after he pleaded guilty to attempting to entice a minor to engage in sexual activities, in violation of 18 U.S.C. § 2422(b), and possessing child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B). His counsel has moved to withdraw, and has filed a brief citing Anders v. California, 386 U.S. 738 (1967).

_____

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

To the extent the <u>Anders</u> brief may be read as challenging the reasonableness of Ramos's sentence, we conclude the argument fails.  <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (describing method for undertaking appellate review of sentences); <u>United States v. Moore</u>, 581 F.3d 681, 684 (8th Cir. 2009) (per curiam) (where district court has sentenced defendant below advisory Guidelines range, it is nearly inconceivable that court abused its discretion in not varying downward further).  Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we have found no nonfrivolous issue.

Accordingly, we affirm.  We also grant counsel leave to withdraw, subject to counsel informing Ramos about the procedures for seeking rehearing and petitioning for a writ of certiorari.

_____